1 | McGREGOR W. SCOTT
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
LEO R. MONTENEGRO
4 | Special Assistant United States Attorney

5     333 Market Street, Suite 1500
    San Francisco, California 94105
6     Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
7     E-Mail: Leo.R.Montenegro@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LYUBOV SERGIENKO, ) | CIVIL NO. 2:07-CV-01990-KJM |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for payment of benefits.

    Upon remand, the Commissioner will issue a fully favorable decision in view of Plaintiff's vocational factors.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 24, 2008 | | */s/ Jesse S. Kaplan* |
| | | (As authorized via facsimile) |
| | | JESSE S. KAPLAN |
| | | Attorney for Plaintiff |
| Dated: June 26, 2008 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | | |
| | | */s/ Leo R. Montenegro* |
| | | LEO R. MONTENEGRO |
| | | Special Assistant U.S. Attorney |
| | | |
| | | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED.

DATED: June 27, 2008.

_____
U.S. MAGISTRATE JUDGE